UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELVISA HAJRIC,<br><br>                Plaintiff,<br>   v.<br><br>EQUIFAX INFORMATION SERVICES LLC et al.,<br><br>                Defendants. | CASE NO. 2:22-cv-01340-TL<br><br>ORDER ON MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE |

This matter is before the Court on the Parties' Joint Motion for Extension of Time to Complete Discovery. Dkt. No. 33. In a letter to the Court dated June 22, 2023, the Parties ask for more time to complete expert discovery and request a 60-day extension of the expert disclosure deadline, which was due on June 20 per the Court's scheduling order. *Id.*; *see also* Dkt. No. 28. The Parties note that "this extension does not affect any other scheduled deadlines." Dkt. No. 33. The Court DENIES the Parties' requested extension without prejudice because: (1) the Parties' filing does not conform to this Court's local rules (*see* LCR 10(e)); (2) the request is untenable as it would set the expert disclosure deadline after the deadline for expert rebuttal testimony and the

ORDER ON MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE - 1

close of general discovery (*see* Dkt. No. 28); and the parties fail to show good cause to extend a deadline that has already passed (*see* Fed. R. Civ. P. 16(b); *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992)). The Court further notes that pursuant to its Chambers Procedures, "[m]otions for extensions of time shall be filed **at least three (3) business days** in advance of the expiration of the relevant deadline." Judge Tana Lin, Standing Order for All Civil Cases, Section III.A (emphasis in original) (last updated June 16, 2023).[1]

The Court also reminds the Parties that they have previously certified that all counsel—including local counsel and counsel admitted *pro hac vice*—have "[r]eviewed Judge Lin's Chambers Procedures, the Local Rules, General Orders, and the applicable Electronic Filing Procedures." Dkt. No. 27 at 9. Nonetheless, the Parties' filing fails to comply with either the Federal Rules of Civil Procedure, the Local Rules, or the Chambers Procedures as noted above. The Court cautions the Parties that any future motions or other filings that fail to comply with all relevant rules and procedures will be summarily denied, stricken, or ignored.

Dated this 26th day of June 2023.

Marsha J. Pechman
United States Senior District Judge

---

[1] https://www.wawd.uscourts.gov/sites/wawd/files/LinStandingOrderreCivilCases_0.pdf